Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE HARRISON,<br><br>             Petitioner,<br><br>        v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>             Respondents. | Case No. CV 08-2774 RGK(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: ___JUN 1 2 2008_____

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE